1925036

FILED

JUL 5 2005

MICHAEL GANS
CLERK OF COURT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 29, 2005

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
JUL 11 2005
CLERK US DIST COURT
ST. PAUL, MN

Re: Armando Magallan-Alfaro
v. United States
No. 05-5046
(Your No. 03-3364, 03-3365) CR 02-358(1) JMR/FLN CR 02-358(2) JMR/FLN

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 27, 2005 and placed on the docket June 29, 2005 as No. 05-5046.

Sincerely,

**William K. Suter**, Clerk

by

Gail Johnson
Case Analyst

RECEIVED
JUL 5 2005
U. S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
JUL 14 2005
U.S. DISTRICT COURT ST. PAUL