1962827

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 3, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

FILED
OCT 11 2005
MICHAEL GANS
CLERK OF COURT

Re: Armando Magallan-Alfaro
v. United States
No. 05-5046
(Your No. 03-3365)

CR 02-358 JMR/FLN

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

SCANNED
OCT 17 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
OCT 11 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT